IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-4050-01-CR-C-SOW |
| | ) | |
| RANDY GENE TETER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate William A. Knox regarding defendant's Motion to Suppress (Doc. #40) and defendant's Amended Motion to Suppress (Doc. #60). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress (Doc. #40) and defendant's Amended Motion to Suppress (Doc. #60) are granted in part and denied in part. It is further

ORDERED that defendant Teter's motions to suppress are denied as to his statements made at the July 8, 2005 interview; on his finger and palm prints, handwriting samples, and photographs; and statements made at the March 15 and 22, 2005 interviews for use by the prosecution for purposes of impeachment at trial. It is further

ORDERED that defendant Teter's motions to suppress are granted as to statements made

at the March 15 and 22, 2005 interviews for purposes of the prosecution's case-in-chief.

/s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date:   1/11/2008