IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-4050-01-CR-C-SOW |
| | ) | |
| RANDY GENE TETER, JR., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the Report and Recommendation Concerning Plea of Guilty (Doc. #92) prepared by Magistrate Judge William A. Knox. It is hereby

ORDERED that the plea of guilty of defendant Randy Teter is accepted and defendant Teter is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Randy Teter.


        ___/s/ Scott O. Wright_____
        SCOTT O. WRIGHT
        Senior United States District Judge

Dated: __5/1/2008_____