IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-4050-01-CR-C-SOW |
| ) | |
| RANDY GENE TETER, JR., ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court are two Reports and Recommendations of United States Magistrate William A. Knox regarding defendant's competency to stand trial and defendant's Motion to Dismiss Case (Doc. #49). The Reports and Recommendations of the Magistrate in this case are both thorough and well-reasoned. This Court agrees with these recommendations and sees no reason to comment further. Accordingly, it is hereby

ORDERED that the Court adopts the Report and Recommendation of Magistrate Judge Knox (Doc. #35) and finds that defendant Teter is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. It is further

ORDERED that defendant's Motion to Dismiss Case (Doc. #49) is denied.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date: 8/21/2008